Daniel M. Hodes, Esq. [State Bar No. 101773]
Jacob Brender, Esq. [State Bar No. 300561]
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, CA  92618
Telephone: (949) 640-8222
Facsimile: (949) 336-8114
dhodes@hodesmilman.com
jbrender@hodesmilman.com

Attorneys for Plaintiff NORA MANSOUR

Kim S. Zeldin (SBN 135780)
  kzeldin@carltonfields.com
Pamela Hayati (SBN 333250)
  phayati@carltonfields.com
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone:   (310) 843-6300
Facsimile:   (310) 843-6301

Michael T. Hensley (Pro Hac Vice)
  mhensley@carltonfields.com
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, NY  10174-3699
Telephone:   (212) 430-5513
Facsimile:   (212) 785-5201

Attorneys for Defendant QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NORA MANSOUR,<br><br>    Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO: 8:23-cv-1049<br><br>Judge: Hon. Fred W. Slaughter<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   05/03/2023<br>Trial Date:           12/03/2024 |

1  Pursuant to Federal Rule of Civil Procedure 41(a), the undersigned parties hereby
2  stipulate to the dismissal of this action with prejudice, with each party to bear its own
3  attorneys' fees and costs.

Dated: February 10, 2025         HODES MILMAN LLP

                                 By: /s/
                                     Jacob Brender
                                 Attorneys for Plaintiff NORA MANSOUR

Dated: February 10, 2025         CARLTON FIELDS, LLP

                                 By: /s/
                                     Michael T. Hensley (*pro hac vice*)
                                 Attorneys for Defendant
                                 QUEST DIAGNOSTICS INCORPORATED

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: February 10, 2025      HODES MILMAN LLP

By: /s/
       Jacob Brender
Attorneys for Plaintiff NORA MANSOUR